UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01930-JMB |
| ) | |
| PNC BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Joseph Michael Devon Engel for leave to proceed in forma pauperis on appeal. (Docket No. 8). The motion is unsigned. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Furthermore, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* As such, the Court will direct the Clerk of Court to return the motion to plaintiff so that plaintiff may sign it and return it to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return to plaintiff his motion for leave to proceed in forma pauperis on appeal (Docket No. 8).

**IT IS FURTHER ORDERED** that plaintiff shall sign the motion for leave to proceed in forma pauperis on appeal and return it to the Court within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this order will result in the Court striking his unsigned motion. *See* Fed. R. Civ. P. 11(a).

Dated this 2nd day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE