# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01930-JMB |
| ) | |
| PNC BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On February 26, 2021, plaintiff Joseph Michael Devon Engel filed a motion for leave to proceed in forma pauperis on appeal. (Docket No. 8). The motion was unsigned. On March 2, 2021, the Court directed the Clerk of Court to return the unsigned motion to plaintiff, so that plaintiff could sign and return the motion to the Court. (Docket No. 9). Plaintiff was given twenty-one days to comply. He was advised that his failure to comply would result in the Court striking his motion.

More than twenty-one days have elapsed, and plaintiff has not returned a signed motion for leave to proceed in forma pauperis on appeal. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Furthermore, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id*. The Court has called plaintiff's omission to his attention, but he has not promptly corrected it. Therefore, the Court will strike plaintiff's unsigned motion for leave to proceed in forma pauperis on appeal.

Accordingly,

2

**IT IS HEREBY ORDERED** that plaintiff's unsigned motion for leave to proceed in forma pauperis on appeal (Docket No. 8) is **STRICKEN** from the docket.

Dated this 14th day of May, 2021.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE